# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

149830 & (25)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JOSE CRUZ ALONZO, JR.,
        Plaintiff-Appellant,

v

        SC: 149830
        COA: 320526
        Ingham CC: 12-001090-CZ

STATE OF MICHIGAN and
DEPARTMENT OF CORRECTIONS,
        Defendants-Appellees.

_____/

       On order of the Court, the application for leave to appeal the June 25, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to appoint counsel is DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



p0513

          Clerk